Geraldine A. Valdez (Bar No. 174305)
PROCOPIO, CORY, HARGREAVES
  & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone:  (619) 238-1900
Facsimile:   (619) 235-0398

Attorneys for Plaintiff,
Emergency Service Restoration, Inc.



FILED
DEC 16 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

ENTERED
DEC 16 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

LODGED
NOV - 7 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>EVERETT LOPEZ,<br><br>Debtor. | Case No. SV 04-15351-KT<br><br>Adv. Proc. No. SV 04-01464-KT<br><br>Chapter 7 |
| EMERGENCY SERVICE RESTORATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EVERETT LOPEZ, an individual,<br><br>Defendant. | JUDGMENT FOR NON-DISCHARGEABILITY AGAINST DEFENDANT EVERETT LOPEZ<br><br>[11 U.S.C. § 523(a)(6)]<br><br>Ctrm:  303<br>Judge: Hon. Kathleen Thompson |

The Court having entered its order granting the motion of Plaintiff Emergency Service Restoration, Inc. for summary judgment or, in the alternative, summary adjudication of issues (the "Motion") as to the Second Claim for Relief in the above action, entered concurrently herewith, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.   The debt that Defendant Everett Lopez owes to Plaintiff Emergency Service Restoration, Inc. arising from the balance of the Superior Court of the State of California, County

of Los Angeles, North Valley District judgment rendered in Case No. PC025958 entitled *Emergency Service Restoration, Inc. v. Everett Lopez et al.*, in the amount of $1,076,152.53, together with all pre- and post-judgment interest to which Plaintiff is entitled under California law, is non-dischargeable under Bankruptcy Code section 523(a)(6).

Dated: DEC 16 2005

                          *Kathleen Thompson*
                          Judge, United States Bankruptcy Court

SUBMITTED BY

Procopio, Cory, Hargreaves & Savitch LLP

By: _____
    Geraldine A. Valdez
    Attorneys for Plaintiff, Emergency
    Services Restoration, Inc.

-2-

In Re: Everett Lopez, Case No. SV 04-15351-KT
Emergency Service Restoration, Inc. v. Everett Lopez
Adv. Proc. No. SV 04-01464-KT
Judgment For Non-Dischargeability
110743.000001/559725.01

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re Emergency Service Restoration, Inc. v. Everett Lopez | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER SV 04-01464-KT |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   Judgment For Non-Dischargeability

   was entered on *(specify date)*:    DEC 16 2005

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):
   DEC 16 2005

Dated:    DEC 16 2005

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021 -1.1**

2002 © American LegalNet, Inc.